Date: __11-21-13__   Judge: __LIAM O'GRADY__                Reporter: __N. Linnell__
Time: __2:08__ To __3:01__

UNITED STATES of AMERICA
vs.
DENNIS OWEN COLLINS - 001   (Appearance waived)        1:13CR00383
JEREMY LEROY HELLER – 002 (Present today)              Case Number
ZHIWEI CHEN – 003 (Appearance waived)
JOSHUA S. PHY – 004 (Appearance waived)
RYAN RUSSELL GUBELE -005 (Appearance waived)
ROBERT AUDUBON WHITFIELD -006 (Appearance waived)
ANTHONY TADROS – 007 (Present today)
GEOFFREY KENNETH COMMANDER -008 (Present today)
PHILLIP GARRETT SIMPSON – 009 (Appearance waived)
AUSTEN L. STAMM – 010 (Appearance waived)
TIMOTHY ROBERT MCCLAIN – 011 (Appearance waived)
WADE CARL WILLIAMS – 012 (Appearance waived)
THOMAS J. BELL -013 (Present today)
Defendant's Name

John Kiyonaga (Defendant Collins)                      Alexander Nguyen and Richard Green
 *(Attorney Kiyonaga covering for James Hundley,*       Counsel for Government
  *who represents defendant Gubele)*
William Todd Watson and Joseph Abrenio (Defendant Heller)
Marina Medvin (Defendant Chen)
John Iweanoge (Not present) (Defendant Phy)
James Hundley (Not present) (Defendant Gubele)
Elita Amato (Defendant Whitfield)
 *(Attorney Amato covering for John Iweanoge, who*
  *Represents defendant Phy)*
William Loeffler (Defendant Tadros)
Drew Hutcheson (Defendant Commander)
Gregory English (Defendant Simpson)
Patrick Anderson (Defendant Stamm)
Gretchen Taylor (Defendant McClain)
Gary H. Smith (Defendant Williams)
John Machado (Defendant Bell)
Counsel for Defendants

Matter called for status. Defendants Commander and Bell waived formal arraignment, entered pleas of not guilty and demanded a jury trial. Defendant Commander would like to waive his appearance for future hearings and the court directed Mr. Hutcheson to submit a proposed Order.

Defendant Bell's [102] Motion to Modify Conditions of Release was granted orally in open court. Mr. Machado directed to submit a proposed Order.

Discovery Orders entered and filed for defendants Tadros and Commander.

Defendants' [97] Motion to Continue Status hearing – granted and case continued to __01-15-14 at 1:30 p.m.__ *for Status Hearing* .

Defendants continued on present bond.

LOG Red Book: __X__
Chambers calendar: __X__