PRAECIPE FOR SUBPOENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED

2014 APR 15 P 4: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim No. 1:13-CR-383 (LO) |
| DENNIS OWEN COLLINS, et al. | ) |

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 7th day of October 2014 then and there to testify on behalf of the United States:

40 blank Subpoenas (20 sets)

This 15th day of April, 2014

Respectfully submitted,

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Alexander T.H. Nguyen
Assistant United States Attorney

Subpoena issued: _____, 20___ .