**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | No.: 1:13CR383-LO11 |
| ) | | |
| v.   ) | | Hon. Judge O'Grady. |
| ) | | |
| Anthony Tadros   ) | | Motions hearing date: 5- 2-14 |
| | | Trial date: 10- 7-14 |

## DEFENDANT'S TADROS' MOTION TO ADOPT AND INCORPORATE CO-DEFENDANTS' MOTIONS

The Defendant, Anthony Tadros, by and through his attorney, William O. Douglas Loeffler, and pursuant to Rule 12 of the Federal Rules of Criminal Procedure, respectfully requests that he be permitted to adopt and incorporate each and every motion filed by all co-defendants in this cause. This motion is intended to include all motions filed during the course of the prosecution of this cause, and aims to assist in judicial economy of all parties in the case. The defendant reserves the right to object to any motion not intended to be adopted or incorporated by this motion.

WHEREFORE, counsel, requests that Mr. Tadros's motion be adopted as requested above, or any other appropriate relief as the case may suggest.

                                              Respectfully submitted,
/s/
William O. Douglas Loeffler
Bar Number 41656
Attorney for Anthony Tadros
60 East D Street
Brunswick, MD, 21716
Telephone (301)834-6633
Email: williamodouglas@aol.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 18th day of April, 2014, resulting in a notification of such filing (NEF) to the following: Alexander T.H. Nguyen and Jay V. Brabhu, Assistant U.S. Attorneys, 2100 Jamieson Avenue, Alexandria, Virginia 22314 and all counsel of record.

/s/
William O. Douglas Loeffler
Bar Number 41656
Attorney for Anthony Tadros
60 East D Street
Brunswick, MD, 21716
Telephone (301)834-6633
Email: williamodouglas@aol.com

_____