| | | |
|---|---|---|
| Date: 12-05-14 | **SENTENCING** | Judge: O'GRADY |
| Time: 1:47   To 1:56 | | Reporter: N. Linnell |
| | | Interpreter: _____ |
| | | Language: _____ |

UNITED STATES OF AMERICA

Case Number: 1:13CR00383-007

V.

ANTHONY TADROS
Counsel/Govt: Richard Green and Jay Prabhu          Counsel/Deft: William Loeffler
The Court adopts PSI (X) with exceptions: The Court formally accepts the 11(c)(1)(C) plea entered on August 19, 2014. Restitution is deferred until all sentencings are complete in this case.

**SENTENCING GUIDELINES:**
Offense Level: 27
Criminal History: I
Imprisonment Range: 12 Months (restricted by statute; Otherwise, 70-87 months
Supervised Release Range: 1 Year
Fine Range: $ 12,500.00   to   $100,000.00
Restitution  deferred until all sentencings are complete in this case
Special Assessment $ 25   ( ) Satisfied          ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: _____

**JUDGMENT OF THE COURT:**
BOP for TIME SERVED
Supervised Release for One (1) Year with special conditions: (X) Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $ _____ to begin w/in _____ days of release from custody/imposition of sentence
(X)  Fine/costs of incarceration waived

Order of Forfeiture entered on August 19, 2014, shall be included with the Judgment in a Criminal Case.

**SPECIAL CONDITIONS:**

- X  Defendant shall serve THIRTY (30) DAYS of intermittent confinement, to be served near his home in Groton, Connecticut, as directed by the probation officer.
- X  Home Detention with electronic monitoring for the first FIVE (5) MONTHS of supervised release as directed by the probation officer.
- X  Defendant shall complete FIFTY (50) HOURS of community service as directed by the probation officer.
- X  Defendant shall have no travel restrictions.
- X  Defendant shall have no computer restrictions.
- X  The United States Probation Office may administer drug tests if deemed appropriate.
- X  Defendant shall participate in a mental health treatment program, as directed by the Probation Officer, and shall waive all rights of confidentiality.

**RECOMMENDATIONS to BOP:**
___  Dft. to be designated to: _____
___  Dft. to participate in the Residential Drug Abuse Program (RDAP - 500 hrs Intensive Drug Treatment Program)
___  Other: _____

**Defendant shall surrender as notified by the probation officer.**